2703. SOUTHERN RAILWAY CO. v. CHUNN.

HILL, C. J. The statutory presumption raised on proof of the killing of
plaintiff's mule by the running of defendant's locomotive or cars was
not fully and satisfactorily rebutted. Besides, there was some slight
circumstantial evidence in aid of the presumption. No complaint is
made of any error of law.                    *Judgment affirmed.*

DECIDED NOVEMBER 11, 1910.

Action for damages; from city court of Floyd county—Judge
Hamilton. May 18, 1910.

*Maddox, McCamy & Shumate, George A. H. Harris & Son,* for
plaintiff in error.

*Ennis & Shaw,* contra.